# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA – FLORENCE DIVISION

Travis Sintell McCrae,

Plaintiff,

v.

Kevin Shwedo, Director of the South Carolina Department of Motor Vehicles,

and

Safeco Insurance Company, by and through its Chief Financial Officer, Christine Mead,

Defendants.

Civil Action No.: _____

---

# PLAINTIFF'S OMNIBUS MOTION FOR BREACH OF CONTRACT, ADMINISTRATIVE NEGLIGENCE, AND VIOLATION OF FEDERAL LAW

---

## I. INTRODUCTION AND JURISDICTION

Plaintiff Travis Sintell McCrae, appearing pro se in his capacities as Principal Officer of Nipsey'z Checkmate Inc. and Trustee of the Travis Sintell McCrae Living Trust, respectfully moves this Honorable Court pursuant to Federal Rules of Civil Procedure 3, 7(b), 8, 9(b), 10, and 56, asserting claims for breach of contract, administrative negligence, and fiduciary violation against DMV Director Kevin Shwedo, and Safeco Insurance Company, acting by and through its Chief Financial Officer, Christine Mead.

Jurisdiction is proper under:

- 28 U.S.C. § 1331 (federal question jurisdiction),
- 28 U.S.C. § 1367(a) (supplemental jurisdiction),
- 28 U.S.C. § 1343(a)(3) (civil rights enforcement), and
- 15 U.S.C. § 1691 (Equal Credit Opportunity Act).

Venue is proper within the District of South Carolina, Florence Division, as all relevant acts and injuries occurred within Florence County.

## II. STATEMENT OF FACTS

1. Plaintiff maintained a valid and active automobile insurance policy with Safeco Insurance Company, properly filed and reported to the South Carolina Department of Motor Vehicles (DMV) in accordance with all state and federal regulations.

2. Despite verified proof of coverage, the DMV, under the supervision of Director Kevin Shwedo, issued an unlawful license suspension alleging lack of coverage — a claim that was demonstrably false.

3. Safeco Insurance, through its corporate management and Chief Financial Officer, Christine Mead, failed to transmit accurate data to the DMV and neglected to correct the false report after receiving Plaintiff's written disputes, documentary proof, and claim payout request.

4. A Department of Transportation (DOT) report later confirmed that Safeco had submitted valid documentation, which Director Kevin Shwedo refused to accept, thereby creating a false lapse record and generating financial penalties and administrative hardship for personal and political gain.

5. The refusal to correct or acknowledge proof of insurance resulted in the denial of a rightful insurance payout for Plaintiff's vehicle, constituting a breach of contract, bad faith insurance practice, and fiduciary violation under South Carolina and federal law.

6. These acts disrupted Plaintiff's business operations as a registered federal contractor, damaging his commercial standing and compliance status with the Department of Transportation (DOT) and the System for Award Management (SAM.gov).

7. The combined acts of Safeco Insurance Company, CFO Christine Mead, and Director Shwedo demonstrate a coordinated and willful disregard for fiduciary and statutory duty

— resulting in financial harm, reputational injury, and loss of federal contracting privileges.

---

## III. LEGAL STANDARD

Summary judgment is proper under FRCP 56(a) where no genuine dispute of material fact exists and the movant is entitled to judgment as a matter of law.

Public officials and corporations acting under color of law are liable under 42 U.S.C. § 1983 when they engage in conduct that deprives citizens of federally protected rights (Monell v. Department of Social Services, 436 U.S. 658 (1978)).

Insurers are bound by a covenant of good faith and fair dealing, and violation thereof constitutes actionable bad faith (Crossley v. State Farm Mut. Auto. Ins. Co., 307 S.C. 354 (1992); Nichols v. State Farm, 279 S.C. 336 (1983)).

---

## IV. ARGUMENT

### A. Director Kevin Shwedo Acted with Administrative Negligence

Under S.C. Code § 15-78-60, public officers are liable for gross negligence and willful misconduct. Director Shwedo's refusal to correct DMV records after receiving Safeco's valid submissions constitutes administrative negligence, abuse of discretion, and denial of due process under 42 U.S.C. § 1983 and S.C. Code § 1-23-360 (Administrative Procedures Act).

The act of rejecting properly filed insurance proof, despite confirmation from Safeco, demonstrates intentional misconduct for financial benefit and violation of fiduciary obligation owed to the public.

---

### B. Safeco Insurance and CFO Christine Mead Breached Contract, Fiduciary Duty, and Cybersecurity Regulations

Safeco Insurance, through its Chief Financial Officer Christine Mead, failed to uphold contractual and fiduciary responsibilities, violating:

- UCC § 1-304 (obligation of good faith),

3

- UCC § 2-715 (failure of performance and consequential damages),
- 15 U.S.C. § 6801 and SEC Regulation S-P (data privacy and cybersecurity), and
- S.C. Reg. 69-13 and S.C. Code § 38-59-20 (unfair claim settlement practices).

Safeco's systemic negligence in transmitting policy data, refusal to issue a vehicle payout, and failure to act in good faith represent gross dereliction of corporate duty. The deliberate denial of payout funds following proof of loss constitutes bad faith and unconscionable breach of contract under South Carolina insurance law.

By allowing DMV records to reflect false information, Safeco and Mead directly compromised the Plaintiff's federal contractor eligibility, disrupting contract award potential and financial continuity, thereby breaching fiduciary duty owed to both the insured and the trust beneficiaries.

### C. Joint Liability Under Federal and State Law

The synchronized misconduct between Safeco Insurance (via CFO Christine Mead) and DMV Director Shwedo established a joint tortious nexus that resulted in financial harm and deprivation of protected property rights.

Under S.C. Code § 15-5-100, all parties whose concurrent acts produce a single injury are jointly and severally liable. This Court's equitable power under 28 U.S.C. § 2201 (Declaratory Judgment Act) should confirm liability across all defendants.

### D. Violation of Equal Credit Opportunity Act and Federal Civil Procedure

The refusal by both Defendants to accept valid documentation and process payments equally constitutes discrimination in financial treatment, violating the Equal Credit Opportunity Act (15 U.S.C. § 1691(a)).

The resulting false implication of default adversely affected Plaintiff's creditworthiness, contract eligibility, and access to lawful commerce — contrary to FRCP 54(d) and 28 U.S.C. § 2412(d) (Equal Access to Justice Act).

## V. DAMAGES AND RELIEF REQUESTED

Plaintiff respectfully requests that this Court:

4

1. Enter Judgment against all Defendants — including Safeco Insurance Company and its CFO, Christine Mead — jointly and severally.

2. Award Compensatory Damages of $5,000,000 per Defendant, for financial loss, reputational harm, and emotional distress.

3. Award Punitive Damages of $5,000,000, for reckless disregard of law and fiduciary responsibility.

4. Order Immediate Reinstatement of Plaintiff's driving privileges and correction of DMV records.

5. Issue Declaratory Relief confirming that Defendants violated Plaintiff's rights under 42 U.S.C. § 1983, 15 U.S.C. § 1691, and relevant South Carolina law.

6. Refer this matter to the South Carolina Office of Inspector General and the U.S. Department of Justice – Civil Rights Division for administrative review.

## VI. PRAYER FOR RELIEF

"Let truth prevail where negligence sought to conceal.
May this Court pierce the veil of indifference and restore the record to its rightful form.
Where corporate greed and state misconduct conspired, let justice rebalance the scales."

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion has been served upon the following parties by certified U.S. Mail and/or electronic service, in compliance with FRCP 5(b)(2) and Local Civil Rule 83.I.08 (D.S.C.), this 17 day of Oct_____, 2025:

- Director Kevin Shwedo

    South Carolina Department of Motor Vehicles

    10311 Wilson Blvd.

5

Blythewood, SC 29016

- Safeco Insurance Company

    Attn: Christine Mead, Chief Financial Officer

    175 Berkeley Street

    Boston, MA 02116

---

Respectfully Submitted,

/s/ Travis Sintell McCrae

Travis Sintell McCrae, Pro Se

Principal Officer, Nipsey'z Checkmate Inc.

Trustee, Travis Sintell McCrae Living Trust

1901 W. Evans St., Unit 6937

Florence, SC 29501

(843) 618-4228

Travis@NipseyzCheckmate.com

10-17-25